STATE ex rel. UTIL. COMM'N v. CAROLINA UTIL. CUSTOMERS ASS'N

No. 22A96

Case below: 348 N.C. 452

Motion by Public Staff-North Carolina Utilities Commission to stay issuance of mandate denied 29 July 1998. Motion by Public Staff-North Carolina Utilities Commission to withdraw opinion denied 29 July 1998. Motion by NC Natural Gas Corporation in support of motion to stay mandate or withdraw opinion denied 29 July 1998. Motion by Bell-South in support of motion by Public Staff-North Carolina Utilities Commission to stay issuance of mandate or withdraw opinion denied 29 July 1998.

WHITAKER v. HARRIS

No. 231P98

Case below: 129 N.C.App. 430

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 29 July 1998.

WHITE v. BEEKMAN

No. 260P98

Case below: 129 N.C.App. 648

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 29 July 1998.

WHITFIELD v. WESTERN STEER OF N. C.

No. 204P98

Case below: 129 N.C.App. 646

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 29 July 1998.

WILLIAMS v. HUNTER

No. 245P98

Case below: 129 N.C.App. 646

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 29 July 1998.